```
                          United States Bankruptcy Court
                          Southern District of Florida
In re:                                                          Case No. 18-12657-RAM
Angel L. Orasma                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-1          User: admin                Page 1 of 2             Date Rcvd: Jun 15, 2018
                              Form ID: 318               Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db             +Angel L. Orasma,    6200 NW 2 St,    Miami, FL 33126-4502
cr             +PennyMac Loan Services, LLC,    c/o Connie J. Delisser, Esq.,
                 100 West Cypress Creek Road #1045,    Fort Lauderdale, FL 33309-2191
94429086       +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
94429091       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
94429097       +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
94429103        JMG ER Physicians,    PO Box 864742,    Orlando, FL 32886-4742
94429102        Jackson Memorial Hospital,    PO Box 864735,    Orlando, FL 32886-4735
94429104       +Mab&t-santander Consum,    Po Box 961245,    Fort Worth, TX 76161-0244
94429106       +Odpc/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
94429107       +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
94429108       +Plaza Home Mtg/dovenmu,    1 Corporate Dr,    Lake Zurich, IL 60047-8944
94429109       +Pollack & Rosen,    806 S. Douglas Road,    South Tower Ste 450,    Miami, FL 33134-3157
94429111       +Sprechman & Fisher, P.A,    2775 Sunny Isles Blvd, Ste 100,    North Miami Beach, FL 33160-4078
94429123       +Tide Water Credit Services,    2775 Sunny Isles Boulevard suite 100,
                 North Miami Beach, FL 33160-4078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FRRHARTOG.COM Jun 16 2018 04:33:00     Ross R Hartog,    101 NE Third Avenue,    Suite 1210,
                 Fort Lauderdale, FL 33301-1147
smg             EDI: FLDEPREV.COM Jun 16 2018 04:33:00     Florida Department of Revenue,    POB 6668,
                 Tallahassee, FL 32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jun 16 2018 00:54:46      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
cr             +EDI: RMSC.COM Jun 16 2018 04:33:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
94429084       +EDI: AMEREXPR.COM Jun 16 2018 04:33:00     Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
94429085       +E-mail/Text: bk@avant.com Jun 16 2018 00:55:30     Avant,    222 N. Lasalle Suite 170,
                 Chicago, IL 60601-1101
94429087        EDI: BANKAMER.COM Jun 16 2018 04:33:00     Bankamerica,    Po Box 982238,    El Paso, TX 79998
94429088        EDI: BANKAMER.COM Jun 16 2018 04:33:00     Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
94429089       +EDI: CAPITALONE.COM Jun 16 2018 04:33:00     Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
94429090       +E-mail/Text: bankruptcy@cavps.com Jun 16 2018 00:55:17     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
94429092       +EDI: CHASE.COM Jun 16 2018 04:33:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
94429093       +EDI: CITICORP.COM Jun 16 2018 04:33:00     Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
94429094       +EDI: RCSFNBMARIN.COM Jun 16 2018 04:33:00     Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
94429095       +EDI: TSYS2.COM Jun 16 2018 04:33:00     Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
94429096       +EDI: BANKAMER.COM Jun 16 2018 04:33:00     Fia Cs,    Po Box 982238,    El Paso, TX 79998-2238
94429098       +EDI: PHINGENESIS Jun 16 2018 04:33:00     Gbs/first Electronic B,    Po Box 4499,
                 Beaverton, OR 97076-4499
94429099       +EDI: PHINAMERI.COM Jun 16 2018 04:33:00     Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
94429100       +EDI: CITICORP.COM Jun 16 2018 04:33:00     Goodyr/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
94429101        EDI: IRS.COM Jun 16 2018 04:33:00     Internal Revenue Service,    PO BOX 80110,
                 Cincinnati, OH 45280
94429105       +EDI: MID8.COM Jun 16 2018 04:33:00     Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
94429110       +EDI: WFFC.COM Jun 16 2018 04:33:00     Prfrd Cus Ac,    Po Box 94498,    Las Vegas, NV 89193-4498
94429112       +EDI: RMSC.COM Jun 16 2018 04:33:00     Syncb/brandsmart,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
94429113       +EDI: RMSC.COM Jun 16 2018 04:33:00     Syncb/carcare One/tana,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
94429114       +EDI: RMSC.COM Jun 16 2018 04:33:00     Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
94429115       +EDI: RMSC.COM Jun 16 2018 04:33:00     Syncb/city Furniture,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
94429116       +EDI: RMSC.COM Jun 16 2018 04:33:00     Syncb/floor & Decor,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
94429117       +EDI: RMSC.COM Jun 16 2018 04:33:00     Syncb/home Design Nahf,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
94429118       +EDI: RMSC.COM Jun 16 2018 04:33:00     Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
94429119       +EDI: RMSC.COM Jun 16 2018 04:33:00     Syncb/mens Wearhouse,    Po Box 965005,
                 Orlando, FL 32896-5005
94429120       +EDI: RMSC.COM Jun 16 2018 04:33:00     Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
94429121       +EDI: WTRRNBANK.COM Jun 16 2018 04:33:00     Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
94429122       +EDI: CITICORP.COM Jun 16 2018 04:33:00     Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
```

```
District/off: 113C-1              User: admin             Page 2 of 2              Date Rcvd: Jun 15, 2018
                                  Form ID: 318            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
94429124        +E-mail/Text: tidewaterlegalebn@twcs.com Jun 16 2018 00:54:23      Tidewater Credit Servi,
                 6520 Indian River Rd,    Virginia Beach, VA 23464-3439
94429125        +EDI: WFFC.COM Jun 16 2018 04:33:00      Wells Fargo Bank Nv Na,    P O Box 31557,
                 Billings, MT 59107-1557
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
```
              Connie J Delisser, Esq.    on behalf of Creditor    PennyMac Loan Services, LLC
               cdelisser@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ricardo  Corona, Esq.    on behalf of Debtor Angel L. Orasma bk@coronapa.com
              Ross R Hartog    rhartog@mrthlaw.com,
               FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com
                                                                                              TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Angel L. Orasma** | Social Security number or ITIN  xxx–xx–6464 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Florida** | | |
| Case number:  **18–12657–RAM** | | |

## Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Angel L. Orasma**

June 15, 2018                                    **By the court:** _____

**Robert A Mark**
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**